

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2022

**BY ECF**

Hon. Jennifer L. Rochon
United States District Court
500 Pearl Street
New York, NY 10007

   Re:  <u>United States</u> v. <u>Jason Cardoza et al.</u>, 22 Cr. 468 (JLR)

Dear Judge Rochon:

   The Government respectfully requests a 60-day adjournment of the upcoming status conference in the above-captioned case, which is scheduled for December 14, 2022. During the initial pretrial conference, the Government explained that it had seized several cellphones and was applying for warrants to search those phones. The Government promptly obtained those warrants, but just recently received the data that the laboratory was able to extract from the phones. The Government has kept the defense apprised of the extraction process and is currently producing the data. A 60-day adjournment will give the parties time to review the data, which may bear on whether there are pre-trial motions to file or potential pre-trial dispositions to reach. The Government has conferred with each of the defense attorneys, all of whom consent to the adjournment request.

   The Government also respectfully requests that the Court exclude time under the Speedy Trial Act until the next conference date. The exclusion is in the interests of justice because it will allow the parties to continue reviewing discovery, discussing potential pre-trial resolutions, and preparing for potential motion practice. To the Government's knowledge, none of the parties object to an exclusion of time.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

       by: __/s/ Thomas Burnett_____
          Thomas S. Burnett/Jonathan Bodansky
          Assistant United States Attorney

Application **GRANTED**. The status conference is hereby adjourned to **February 9, 2023 at 12 p.m.** Speedy trial time is excluded under 18 U.S.C. § 3161(h)(7) until February 9, 2023. The Court has determined that the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial because it will allow the Defendants time to continue reviewing discovery, evaluating motions, and discussing a potential disposition of this case.

        SO ORDERED.

Dated: December 13, 2022
    New York, New York

        JENNIFER L. ROCHON
        United States District Judge