# WL | Wright Law

**ATTORNEY AT LAW**

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

April 27, 2026

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:**   _**United States v. Mark Boyd**_
> _**DK#: 22-CR-468**_

Dear Judge Rochon:

I represent Mark Boyd and write today to respectfully request an adjournment of Mr. Boyd's change of plea hearing currently scheduled for April 29, 2026 at 10:00am  This request is made with the consent of the government.

I have surgery at NYU Langone Hospital scheduled for tomorrow April 28 which will require a few days of bed rest afterwards, preventing me from appearing for the April 29, 2026 plea hearing.  I understand the Court and all parties are next available on May 12, 2026 at 12:30pm, and therefore respectfully request an adjournment of the change of plea hearing to that date and time.  The defense consents to the exclusion of time under the Speedy Trial Act.

Letter Motion GRANTED.  The change of plea hearing is adjourned from April 29, 2026 to **May 12, 2026 at 12:30 p.m.**  Speedy trial time excluded until May 12, 2026.  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the need for the Defendant to further discuss potential resolution of this case.

Sincerely,
/s/
Christopher Wright

Date: April 27, 2026
New York, New York

**SO ORDERED.**

_Jennifer Rochon_
**JENNIFER L. ROCHON**
**United States District Judge**